### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kelie Palladino,<br>    Plaintiff<br>v.<br><br>Credit Control, LLC,<br>    Defendant | Docket No. 3:22-cv-1164-MEM<br><br>(JUDGE MALACHY E. MANNION)<br><br>FILED ELECTRONICALLY |

### CONSENT MOTION TO STAY CASE

1. Plaintiff initiated this action in state court.

2. Because this action involves a federal statute, Defendant removed the matter from state court to this Court.

3. However, recently, there is doubt cast on whether there is standing for a federal court to consider the claim brought by Plaintiff in this case. *See, e.g., Coulter v. AR Resources, Inc.*, 2023 WL 3182938 (M.D. Pa. May 1, 2023)(Wilson, J.).

4. The Third Circuit is currently considering whether there is standing for a nearly identical case in *Barclift v. Keystone Credit Services, LLC*, No. 22-1925 (3d Cir.). On March 30, 2023, the Third Circuit heard oral argument in *Barclift* and took that matter under advisement.

5. In order to preserve judicial and party resources, the parties believe that a stay in this matter would be beneficial until the Third Circuit has issued a decision in *Barclift*.

6. As noted above, the oral argument has already occurred in *Barclift*, and it is likely that a decision will be issued shortly.

WHEREFORE, the Plaintiff requests that the Court stay this matter until the Third Circuit has issued a decision in *Barclift*. Defendant consents to Plaintiff's request. The parties shall file a status report within 30 days after the *Barclift* decision to advise the Court that the stay should be lifted.

| | |
|---|---|
| *s/ Brett Freeman* | *s/ Brendan Little (with consent)* |
| Brett Freeman | Brendan H. Little |
| Bar Number: PA 308834 | Bar Number PA 317322 |
| FREEMAN LAW | Lippes Mathias LLP |
| 210 Montage Mountain Road | 50 Fountain Plaza, Suite 1700 |
| Moosic, PA 18512 | Buffalo, NY 14202 |
| Attorney for Plaintiff | Attorney for Defendant |
| Phone (570) 589-0010 | Phone (716) 853-5100 |
| Fax (570) 456-5955 | Fax (716) 853-5199 |
| Email: brett@freeman.law | Email: blittle@lippes.com |