**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kelie Palladino,<br>                    Plaintiff<br>    v.<br><br>Credit Control, LLC,<br>                    Defendant | Docket No. 3:22-cv-1164-MEM<br><br>(JUDGE MALACHY E. MANNION)<br><br>FILED ELECTRONICALLY |

## **ORDER**

Upon consideration of the Joint Motion to Stay Case, it is hereby ordered that the motion is GRANTED. This matter is stayed pending further order of the Court. Within 30 days of the Third Circuit's decision in *Barclift v. Keystone Credit Services, LLC*, No. 22-1925, the parties shall file a status report informing the Court of the result, and asking the Court to lift the stay.

Date:_____                                        _____
                                                                                        Malachy E. Mannion
                                                                                        United States District Judge