UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KELIE PALLADINO

    Plaintiff,        Case No.: 3:22-cv-1164-MEM

v.

CREDIT CONTROL, LLC

    Defendant.

## DEFENDANT CREDIT CONTROL, LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Credit Control, LLC, by and through its attorneys, Lippes Mathias LLP, hereby notifies this Court and all parties of the following:

1. Credit Control Holdings, Inc. and Resurgent Strategic Investments, LLC each own more than 10% of the membership interests of Credit Control, LLC.

2. Credit Control, LLC is not publicly traded.

3. No publicly held corporation owns 10% or more interest of Credit Control, LLC.

Dated: September 20, 2023

**LIPPES MATHIAS LLP**

s/ Brendan H. Little
Brendan H. Little, Esq.
Attorneys for Defendant
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com