UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KELIE PALLADINO,** | : |
| Plaintiff | : CIVIL ACTION NO. 3:22-cv-1164 |
| v. | : (JUDGE MANNION) |
| **CREDIT CONTROL, LLC,** | : |
| Defendant | : |

## ORDER

This action, in which a violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*, is claimed, was removed from the Pike County Court of Common Pleas in July 2022. (Doc. 1). It was stayed pending the Third Circuit's decision in *Barclift v. Keystone Credit Services, LLC*, No. 22-1925. (Doc. 11).

The Court of Appeals has now issued a decision in *Barclift*, holding that the type of injury alleged here does not confer Article III standing. The parties are in agreement that *Barclift* controls and thus that this court lacks subject-matter jurisdiction. (Doc. 13). Accordingly, they request that this action be remanded to state court. The court agrees and will grant their request.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

**(1)** The parties' joint request for remand to the Pike County Court of Common Pleas, **(Doc. 13),** is **GRANTED**.

**(2)** This case is **REMANDED** to the Pike County Court of Common Pleas.

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 8, 2024**
22-1164-04